# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JOSE RAMON LOPEZ MATA,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. 1:25-cv-02935-JPB-JSA |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Jose Ramon Lopez Mata and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax. There are no remaining defendants in this matter. Plaintiff and Defendant Equifax have agreed that all attorneys' fees and costs are to be paid as indicated in the parties' settlement agreement and release.

RESPECTFULLY SUBMITTED,

Dated: November 13, 2025

<u>*/s/ Moshe Boroosan*</u>
Moshe Boroosan, GA Bar #744128
**CONSUMER ATTORNEYS PLLC**
2800 N Druid Hills NE,
Building A, Suite D,
Atlanta, GA 30329
T: (718) 887-2926
F: (718) 247-8020
E: mboroosan@consumerattorneys.com

*Attorneys for Plaintiff,*
*Jose Ramon Lopez Mata*


<u>*/s/ Heather H. Sharp*</u>
Heather H. Sharp, Bar No. 671545
hsharp@seyfarth.com
**SEYFARTH SHAW LLP**
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

*Counsel for Defendant*
*Equifax Information Services, LLC*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS, PLLC**

By: */s/ Moshe Boroosan*